**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
_____

**EVELYN KAUFFMAN, et al.,**
                **Plaintiffs,**

**v.**                                                                              **Case No. 14-cv-1358**

**GENERAL ELECTRIC COMPANY,**
                **Defendant.**
_____

## ORDER

Plaintiffs filed this suit under the Employee Retirement Income Security Act (ERISA), 29 U.S.C. § 1132 (a)(1)–(a)(3), challenging defendant's decision to cancel Medicare otion for a preliminary injunction asking me to prohibit defendant from terminating these benefits, and they have requested a hearing on the motion. Defendant has responded to the motion and also filed a motion to dismiss for failure to state a claim. I will grant plaintiffs' request for a hearing on the preliminary injunction motion.

**THEREFORE, IT IS ORDERED** that a hearing on plaintiffs' motion for preliminary injunction (ECF No. 7) will be held on **December 16, 2014 at 1:30 p.m.** in Room 390, 517 East Wisconsin Avenue, Milwaukee, Wisconsin.

Dated at Milwaukee, Wisconsin, this 8th day of December, 2014.

                                                                                 s/ Lynn Adelman
                                                                                  _____
                                                                                  LYNN ADELMAN
                                                                                  District Judge