# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| EVELYN KAUFFMAN and DENNIS ROCHELEAU, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 14-cv-1358 |
| GENERAL ELECTRIC CO., | ) ) ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

NOW COMES Attorney Andrew L. Scroggins and hereby moves this Honorable Court for leave to withdraw his appearance in the above-captioned matter, and in support of this Motion states as follows:

1. Attorney Scroggins has departed the law firm of Morgan, Lewis & Bockius LLP to join the law firm of Seyfarth Shaw LLP.

2. Defendant General Electric Company will remain ably represented by attorneys Michael L. Banks, Joseph J. Costello and Christopher A. Weals, of Morgan Lewis & Bockius LLP, and attorneys Daniel E. Conley and Christopher L. Nickels of Quarles & Brady LLP.

3. No deadlines scheduled by the Court will be adversely affected by this withdrawal and neither Defendants nor Plaintiffs will be prejudiced by the withdrawal.

WHEREFORE, Attorney Scroggins prays that this Motion for Leave to Withdraw is granted.

DATED:  March 23, 2015                          Respectfully submitted,


                                                /s/ Andrew L. Scroggins
                                                Andrew L. Scroggins

Andrew L. Scroggins
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, IL  60603
(312) 460-5275
(312) 460-7000 (Facsimile)
ascroggins@seyfarth.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 23rd Day of March, 2015, I electronically filed the foregoing Motion for Leave to Withdraw Appearance using the Court's CM/ECF method, which will send notification of such filing to the following counsel of record:

>Carol T Nguyen
>Michael P Persoon
>Thomas H Geoghegan
>Sean Morales-Doyle
>DESPRES SCHWARTZ & GEOGHEGAN LTD
>77 W Washington Street, Suite 711
>Chicago, IL 60602
>
>Christopher L Nickels
>Daniel E Conley
>QUARLES & BRADY LLP
>411 E Wisconsin Avenue, Suite 2040
>Milwaukee, WI 53202-4497
>
>Christopher A Weals
>Morgan Lewis & Bockius LLP
>1111 Pennsylvania Ave NW
>Washington, DC 20004
>
>Joseph J Costello
>Michael L Banks
>Morgan Lewis & Bockius LLP
>1701 Market St
>Philadelphia, PA 19103

By:   /s/Andrew L. Scroggins
       Andrew L. Scroggins